# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| SCOTT EMERSON EVATT,<br><br>    Plaintiff,<br><br>  v.<br><br>COMPREHENSIVE LIFE RESOURCES,<br><br>    Defendants. | Case No. 3:24-cv-05790-KKE-TLF<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation ("R&R") of Judge Theresa L. Fricke, United States Magistrate Judge. Dkt. No. 11. Plaintiff has not filed any objections to the R&R. After reviewing the R&R and the remaining record, the Court hereby finds and ORDERS:

(1) The Court adopts the R&R.

(2) This case is DISMISSED without prejudice due to Plaintiff's failure to comply with a court order and prosecute the case.

(3) The Clerk is directed to send copies of this order to plaintiff and to the Hon. Theresa L. Fricke.

Dated this 13th day of February, 2025.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1