UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT EMERSON EVATT,<br><br>                Plaintiff(s),<br>   v.<br><br>COMPREHENSIVE LIFE RESOURCES,<br><br>                Defendant(s). | CASE NO. C24-5790-KKE-TLF<br><br>ORDER DENYING MOTION TO REOPEN |

      Plaintiff previously filed an application to proceed *in forma pauperis* and a proposed civil complaint, while he was housed at Pierce County Jail. Dkt. Nos. 1, 1-1. The Court identified multiple deficiencies in Plaintiff's IFP application and provided—and extended (at Plaintiff's request)—deadlines to correct the IFP deficiencies. Dkt. Nos. 3, 4, 6, 9, 10. The Court warned Plaintiff that if the IFP application was not corrected by January 8, 2025, the case may be dismissed for failure to comply with a court order and failure to prosecute. Dkt. No. 10.

      On January 21, 2025, U.S. Magistrate Judge Theresa L. Fricke filed a report and recommendation stating that the case should be dismissed without prejudice because Plaintiff failed to correct the IFP application deficiencies by the deadline. Dkt. No. 11. Plaintiff did not object to that report and recommendation, and the Court adopted it and dismissed the case without prejudice. Dkt. No. 12.

ORDER DENYING MOTION TO REOPEN - 1

After the case was dismissed, Plaintiff filed a motion to reopen the case, indicating that he is no longer incarcerated or in the hospital, and now has the means to pay the filing fee. Dkt. No. 14. The Court DENIES the motion to reopen (Dkt. No. 14) and instead instructs Plaintiff to file a new case if he intends to pursue his claims. To the extent that Plaintiff intends to raise constitutional claims in a future complaint, as he intended to do in this case (*see* Dkt. No. 1-1), Plaintiff may consider reviewing materials available on the Court's website for assistance in describing his claims with specificity. The Clerk is directed to mail a copy of this order to Plaintiff, along with a form Complaint for Violation of Civil Rights and the Pro Se Guide to Filing Your Lawsuit in Federal Court.

Dated this 14th day of March, 2025.

Kymberly K. Evanson
United States District Judge